Joe MORGAN, Brenda Morgan, Jack Pace, Raplh C. Ingram, Jr., individually and on behalf of the partnership Cedar Grove, Ltd., and Gahagan Land & Timer Co., Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2007–5012 to 2007–5015.

United States Court of Appeals, Federal Circuit.

July 12, 2007.

ON MOTION

*ORDER*

Joe Morgan, et al. move without opposition for reconsideration of the court's June 29, 2007, order dismissing their notice of appeal for failure to file the appendix pursuant to Fed. Cir. R. 30(a).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The June 29, 2007 order of dismissal and the mandate are hereby, vacated and recalled, and the notice of appeal is reinstated.

(2) The appendix is accepted for filing.

Richard O. FERGUSON, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2007–3243.

United States Court of Appeals, Federal Circuit.

July 13, 2007.

Richard O. Ferguson, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.